_____

No. 96-1939MN
No. 96-2449MN
_____

St. Paul Fire and Marine          *
Insurance Company; North Star     *
Transport, Inc., a Minnesota      *
corporation,                      *
                                  *
          Plaintiffs-Appellees,   *   Appeals from the United States
                                  *   District Court for the District
     v.                           *   of Minnesota.
                                  *
Acceptance Insurance Company,     *          [UNPUBLISHED]
a Nebraska corporation;           *
                                  *
          Defendant-Appellant,    *
                                  *
John Clear,                       *
                                  *
          Defendant.              *

_____

Submitted:  February 14, 1997

Filed:  February 21, 1997
_____

Before McMILLIAN, JOHN R. GIBSON, and FAGG, Circuit Judges.
_____


PER CURIAM.


     Acceptance Insurance Company (Acceptance) appeals from adverse decisions in this diversity-based insurance coverage dispute.  Acceptance contends the district court lacked jurisdiction to grant declaratory relief.  Acceptance also contends the district court improperly submitted the fact-based coverage issue to a jury and erroneously ruled that Acceptance's policy provided primary coverage.  Finally, Acceptance attacks the award of attorney's fees and expenses and the reasonableness of the award.  Having considered the record and the parties' briefs, we find no error by the district court.  We also conclude that an extended discussion

of the state law issues will serve no useful purpose.  We affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.